U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 24, 2020

11/25/2020
The December 1st VOSR hearing is rescheduled to Thursday, January 14, 2021 at 10:30 AM. SO ORDERED.

*Paul A. Crotty*

**BY ECF**
Hon. Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Jose Miguel Rivera*, 11 Cr. 651 (PAC)

Dear Judge Crotty:

The Court has scheduled a preliminary conference on December 1, 2019, in connection with the specifications contained in the violation of supervised release report dated November 25, 2019. The Government understands that Mr. Rivera has pled guilty in state court to New York States Penal Law § 260.10(1), Endangering the Welfare of a Child, the substantive charge outlined in the first specification of the violation report. Mr. Rivera's state sentencing has been scheduled for December 15, 2020. In addition, Probation Officer Gonzalez, Mr. Rivera's probation officer, will be on leave until January 4, 2021.

In order to ensure both Officer Gonzalez's availability and a full resolution of the underlying state matter, the parties jointly request that the Court adjourn the matter to a date on or after January 11, 2020.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: *Mitzi Steiner*
Mitzi S. Steiner
Assistant United States Attorney
(212) 637-2284