

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

December 7, 2020

Honorable Paul A. Crotty
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

12/7/2020
Bail is modified as requested. SO ORDERED.

*Paul A. Crotty*

Re:   United States v. Jose Rivera
      Case No.: 11 Cr. 651

Dear Judge Crotty,

     I was assigned to represent Jose Rivera in the above referenced matter, which is scheduled for a Violation of Supervision Release hearing on January 14, 2021. I respectfully request a modification of Mr. Rivera's conditions of supervised release so that he may attend two medical appointments: (1) a therapy appointment scheduled for tomorrow, December 8, at the Physical Medicine and Rehabilitation Center located in the Bronx, New York, and (2) an appointment for an outpatient medical procedure on Thursday, December 10 at the Health East Ambulatory Surgical Center in Englewood, New Jersey.

     Probation has been provided with the exact address of each location. Neither the Government nor Probation have any objection to this request.

     Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact me.

     I thank the Court for its consideration on this matter.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc:   AUSA