

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
LFasulo@FBDMLaw.com

January 12, 2021

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl St., Rm. 1350
New York, NY 10007

1/13/2021
The VOSR conference is adjourned to Thursday, February 4, 2021 at 11:30 AM. SO ORDERED.

*/s/ Paul A. Crotty*

**Re:    United States v. Jose Rivera**
**Case No.: 11 Cr. 651**

Dear Judge Crotty,

I was assigned to represent Jose Rivera in a violation of supervised release conference, which is calendared for this Thursday, January 14. Since the violation conference stems from a state case that was adjourned to January 27, I respectfully request an adjournment of the conference to the week of February 1 or anytime thereafter.

The Government has no objection to this request.

Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc:    Mitzi Steiner, AUSA