UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA,

v.

JOSE MIGUEL RIVERA,

        Defendant.

------------------------------------------------X

**WAIVER OF RIGHT TO BE
PRESENT AT CRIMINAL PROCEEDING**

11 CR. 651 (PAC)

__X__   Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Dated: 2/3/21      s/Louis V. Fasulo signed on behalf of Jose Miguel Rivera
                           Signature of Defendant

                           Jose Miguel Rivera
                           Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Dated: 2/3/21      *Louis V. Fasulo*
                           Signature of Defense Counsel

                           Louis V. Fasulo
                           Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before ~~the defendant signed it~~ the defendant authorized me to sign it on his behalf. The interpreter's name is:  Icelsa P. Gonzalez, and she is a fluent Spanish speaking paralegal employed by my firm.

Date:2/3/21.   *Louis V. Fasulo*
               Signature of Defense Counsel


Accepted:    _____
             Signature of Judge
             Date:  2/5/2021